**UNITED STATES DISTRICT COURT**

DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19th STREET

**JOHN L. KANE**
SENIOR JUDGE

DENVER, COLORADO  80294
(303) 844-6118
John_L_Kane@cod.uscourts.gov

# M E M O R A N D U M

**TO:**     Greg Langham, Clerk
            Attn: Kathy Triplett

**FROM:**   Judge John L. Kane

**DATE:**   June 25, 2012

**RE:**     Criminal Action No. **12-cr-272-JLK**


Exercising my prerogative as a Senior Judge, I request that this criminal action be reassigned.